UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STANLEY L. NIBLACK, : | |
| : | Civil Action No. 09-428 (RBK) |
| Plaintiff, : | |
| v. : | **ORDER** |
| CHARLES ALBINO, et al., : | |
| Defendants. : | |

For the reasons expressed in the Court's Opinion filed herewith,

It is on this   28th   day of    September   , 2010,

ORDERED that the motion on behalf of defendants, Charles Albino, Officer Labonne and Officer Ott, to partially dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(6), (Docket Entry No. 16), is hereby GRANTED; and it is further

ORDERED that plaintiff's claims against defendants' Albino, Labonne and Ott, in their official capacities, are hereby DISMISSED WITH PREJUDICE, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(iii) and 1915A(b)(2).

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge