```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| STANLEY L. NIBLACK, | : | |
| | : | Civil Action No. 09-428 (RBK) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| CHARLES ALBINO, et al., | : | |
| | : | |
| Defendants. | : | |

For the reasons expressed in the Court's Opinion filed herewith,

It is on this  28th  day of  September , 2010,

ORDERED that plaintiff's motion for preliminary injunctive relief and/or a protective order is hereby DENIED as moot.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
